Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
1745 Creekside Dr.
Folsom, CA 95630
Telephone:     (916) 337-5221
Facsimile:      (916) 404-5031
dougwattsesq@yahoo.com


David M. Poore, SBN 192541
**BROWN / POORE LLP**
2200 Powell Street, Suite 745
Emeryville, California  94608
Telephone:  (510) 923-6280
Facsimile:   (510) 923-6285
dpoore@bplegalgroup.com

**Attorneys for Plaintiffs** NICOLE SAHAJ-MYERS, STACIE WALLS, JONA SCHER


**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 272149
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: 916.929.1481
**Attorneys for Defendants:** COUNTY OF EL DORADO and MARK GETCHEL


**JACKSON LEWIS LLP**
C. Christine Maloney, SBN 226575
Jerry J. Deschler, Jr., SBN 215691
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 394-9400
**Attorney for Defendants:** MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE, and CRAIG THERKILDSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, JONA SCHER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:10-cv-01974-FCD-KJN (TEMP)<br><br>STIPULATION REGARDING PLAINTIFF'S FILING OF *THIRD* AMENDED COMPLAINT; ORDER THEREON |

**WHEREAS** the operative pleading in this matter is Plaintiffs' Second Amended Complaint, filed on January 30, 2011; and

**WHEREAS** Plaintiff JONA SCHER filed new charges of discrimination and retaliation with the California Department of Fair Employment and Housing ("DFEH") and the federal Equal Employment Opportunity Commission ("EEOC") arising out of her termination from employment with Defendant COUNTY OF EL DORADO on December 31, 2010; and

**WHEREAS** Plaintiff JONA SCHER has obtained a Right-To-Sue letter from both the DFEH and the EEOC relative to these new charges; and

**WHEREAS** the parties wish to avoid the expense, delay, and consumption of this Court's time with a noticed motion for leave of court to file Plaintiffs' *Third* Amended Complaint;

The parties to this case do hereby stipulate and agree that Plaintiffs NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER shall file and serve their Third Amended Complaint in this matter

within seven (7) days of the date this Stipulation is signed by counsel for Defendants COUNTY OF EL DORADO, GETCHEL, AUWAE, JENCKS, DREHER, ASHWORTH, HOUSE, and THERKILDSEN.  It is further stipulated to by and between counsel for all parties that Defendants shall have the option of filing a notification with the Court that their Answer to the Second Amended Complaint (Filed Jan. 30, 2011) shall be deemed their Answer to the Third Amended Complaint, or filing a separate Answer to the Third Amended Complaint.

IT IS SO STIPULATED.

Dated: May 25, 2011          **WATTS LAW OFFICES**

                             By:   /Douglas E. Watts (As authorized on May 23, 2011)
                                   Douglas E. Watts, Attorney for Plaintiffs NICOLE SAHAJ-
                                   MYERS, STACIE WALLS, and JONA SCHER

Dated: May 25, 2011          **BROWN / POORE LLP**

                             By:   /David M. Poore (As authorized on May 23, 2011)
                                   David M. Poore, Attorney for Plaintiffs NICOLE SAHAJ-
                                   MYERS, STACIE WALLS, and JONA SCHER

Dated: May 31, 2011          **JACKSON LEWIS LLP**

                             By:   /C. Christine Maloney (As authorized on May 31, 2011)
                                   C. Christine Maloney
                                   Jerry J. Deschler, Jr.
                                   Attorneys for Defendants MOKE AUWAE, HOWARD
                                   JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN
                                   HOUSE, and CRAIG THERKILDSEN

Dated: May 26, 2011        **PORTER SCOTT, A PROFESSIONAL CORPORATION**

                            By:   /Beatriz Berumen_ (As authorized on May 26, 2011)
                                  Nancy J. Sheehan
                                  Beatriz Berumen
                                  Attorneys for Defendants COUNTY OF EL DORADO and
                                  MARK GETCHEL

## ORDER

Having reviewed the above Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: June 1, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE