Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
1745 Creekside Drive
Folsom, CA 95630
Telephone:  (916) 337-5221
Facsimile:  (916) 404-5031
E-mail: dougwattsesq@yahoo.com

Stephen M. Murphy, SBN 103768
**LAW OFFICES OF STEPHEN M. MURPHY**
180 Montgomery St., Suite 940
San Francisco, CA 94104
Phone: (415) 986-1338
Facsimile: (415) 986-1231
E-Mail: smurphy@sick-leave.com

**Attorneys for Plaintiffs:** NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER

**P O R T E R  |  S C O T T**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone:  (916) 929-1481
Facsimile:  (916) 927-3706
E-mails:  nsheehan@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendant:** COUNTY OF EL DORADO and MARK GETCHEL

C. Christine Maloney, SBN 226575
**FOSTER EMPLOYMENT LAW**
3000 Lakeshore Avenue
Oakland, CA 94610
Tel: 510.763.1900 ext. 108
Fax: 510.763.5952
cmaloney@fosteremploymentlaw.com

**Attorneys for Defendant:**  MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE, and CRAIG THERKILDSEN

///

///

///

///

///

**STIPULATION AND [PROPOSED] ORDER TO APPOINT CAROLYN LANGENKAMP AS DISCOVERY REFEREE**
{00860772.DOC}

1

2

**UNITED STATES DISTRICT COURT**

3

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

4

NICOLE   SAHAJ-MYERS,   STACIE
WALLS, JONA SCHER,

CASE NO.  2:10-CV-01974-FCD-CKD

5

                    Plaintiffs,

6

vs.

**STIPULATION  AND  ORDER  TO  APPOINT
CAROLYN  LANGENKAMP  AS  DISCOVERY
REFEREE**

7

8

COUNTY  OF  EL  DORADO;  MOKE
AUWAE;     HOWARD     JENCKS;
JEFFREY DREHER; BOB ASHWORTH;

9

KEVIN  HOUSE;  MARK  GETCHEL;
CRAIG  THERKILDSEN;  and  Does  1
through 50, inclusive

| | |
|---|---|
| **Complaint Filed:** | **07-24-10** |
| **First Amended Complaint Filed:** | **10-29-10** |
| **Second Amended Complaint Filed:** | **01-30-11** |
| **Third Amended Complaint Filed:** | **06-03-11** |
| **Trial Date:** | **03-12-13** |

10

11

12

                    Defendants.

13

14

        Pursuant to the minute order issued by the Court on May 23, 2011 (docket item 60), Plaintiffs

15

NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER, and Defendants COUNTY OF EL

16

17

DORADO, MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN

18

HOUSE, MARK GETCHEL, and CRAIG THERKILDSEN (hereinafter "the Parties") notify the Court

19

that they have agreed to retain the services of Carolyn Langenkamp of Langenkamp Curtis & Price,

20

21

LLP as a discovery referee in this action. The parties agreed that issues ruled on by Ms. Langenkamp

22

pertaining to claims of privilege; constitutional and/or statutory rights, including but not limited to

23

privacy; the scope and extent of discovery; and sanctions shall be subject to review by the Magistrate

24

Judge and/or the District Court Judge in accordance the process delineated in Local Rule 251.  Ms.

25

Langenkamp shall have all the rights, powers, and duties to make any rulings and issue any orders in

26

27

connection with discovery disputes which may arise in connection with this proceeding.  The fees of

28

the referee shall be split by Defendant COUNTY OF EL DORADO and Plaintiffs NICOLE SAHAJ-

STIPULATION AND [PROPOSED] ORDER TO APPOINT CAROLYN LANGENKAMP AS DISCOVERY REFEREE
{00860772.DOC }

MYERS, STACIE WALLS, and JONA SCHER on a 50/50 basis, subject to any ruling by the discovery referee to award fees or costs.

**IT IS SO STIPULATED.**

Dated:  August 4, 2011            **WATTS LAW OFFICES**

By/ *Douglas E. Watts/* (as authorized on 08/04/11 )
    Douglas E. Watts
    Attorneys for Plaintiffs
    NICOLE SAHAJ-MYERS, STACIE WALLS and
    JONA SCHER

Dated:  August 4, 2011            **LAW OFFICES OF STEPHEN M. MURPHY**

By/*Stephen M. Murphy/* (as authorized on 08/04/11
    Stephen M. Murphy
    Attorneys for Plaintiffs
    NICOLE SAHAJ-MYERS, STACIE WALLS and
    JONA SCHER

Dated:  July 6, 2011            **FOSTER EMPLOYMENT LAW**

By/*C. Christine Maloney/* (as authorized on 07/06/11 )
    C. Christine Maloney
    Attorneys for Defendants
    MOKE AUWAE, HOWARD JENCKS, JEFFREY
    DREHER, BOB ASHWORTH, KEVIN HOUSE
    and CRAIG THERKILDSEN

Dated:  August 8, 2011            **PORTER SCOTT**
                              **A PROFESSIONAL CORPORATION**

By/*Nancy J. Sheehan*
    Nancy J. Sheehan
    Beatriz Berumen
    Attorneys for Defendants
    COUNTY OF EL DORADO and
    MARK GETCHEL

**STIPULATION AND [PROPOSED] ORDER TO APPOINT CAROLYN LANGENKAMP AS DISCOVERY REFEREE**
{00860772.DOC}

## ORDER

Having reviewed the above Stipulation, and good cause appearing, Carolyn Langenkamp of Langenkamp Curtis & Price, LLP  is assigned as a discovery referee in this action.

**IT IS SO ORDERED.**


Dated:  August 10, 2011                          /s/ Carolyn K. Delaney
                                                 Hon. Carolyn K. Delaney
                                                 UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER TO APPOINT CAROLYN LANGENKAMP AS DISCOVERY REFEREE**
{00860772.DOC}