| | |
|---|---|
| Douglas E. Watts, SBN 182274 | Stephen M. Murphy, SBN 103768 |
| **WATTS LAW OFFICES** | **LAW OFFICES OF STEPHEN M. MURPHY** |
| 2320 E. Bidwell St., Suite 110 | 180 Montgomery Street, Suite 940 |
| Folsom, CA  95630 | San Francisco, CA 94104 |
| Tel:  (916) 337-5221 | Tel:  (415) 986-1338 |
| Fax: (916) 404-5031 | Fax:  (415) 986-1231 |
| E-Mail: dougwattsesq@yahoo.com | E-Mail: smurphy@sick-leave.com |

**Attorneys for Plaintiffs:**  NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mails: nsheehan@porterscott.com / bberumen@porterscott.com

**Attorneys for Defendants:** COUNTY OF EL DORADO (also erroneously sued as EL DORADO COUNTY SHERIFF'S DEPARTMENT), MARK GETCHEL

C. Christine Maloney, SBN 226575
**FOSTER EMPLOYMENT LAW**
3000 Lakeshore Avenue
Oakland, CA 94610
Tel: (510) 763-1900 ext. 108
Fax: (510) 763-5952
E-mail: cmaloney@fosteremploymentlaw.com

**Attorney for Defendants:**  MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE, and CRAIG THERKILDSEN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>Defendants. | CASE NO.  2:10-CV-01974-JAM-CKD<br><br>**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND ORDER**<br><br>Complaint Filed:                                          07-24-10<br>First Amended Complaint Filed:          10-29-10<br>Second Amended Complaint Filed:     01-30-11<br>Third Amended Complaint Filed:         06-03-11<br>Trial Date:                                                    03-12-13 |

1

**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**
{00938184.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

**THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY RESPECTFULLY REQUEST** that the Court modify the Status (Pre-trial Scheduling) Order entered on February 1, 2012 (Docket # 77), for the good cause set forth in this stipulation.

1. Plaintiffs NICOLE SAHAJ-MYERS, STACIE WALLS and JONA SCHER are current and former Community Service Officers with the El Dorado County Sheriff's Office ("EDSO"). Plaintiffs generally allege that certain male supervisory officers within the EDSO were allowed to discriminate against, harass, and retaliate against female employees who speak up for themselves or complain about discriminatory treatment. Plaintiffs' claims are brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e; 42 U.S.C. §§ 1983 and 1985; and California's Fair Employment and Housing Act, Government Code §§ 12940, et seq. Plaintiffs filed their original complaint on July 24, 2010.  Plaintiffs Third Amended Complaint, the operative pleading, was filed on June 3, 2011.

2. The parties wish to bring to the Court's attention the case of *Hunt v. County of El Dorado*, Case No. 2:10−CV−01367−JAM−CKD, which was filed in this Court on June 7, 2010. Plaintiff Tanya Hunt, a former EDSO Deputy Sheriff, is represented by the same counsel who represents the Plaintiffs in this matter. The *Hunt* case also involves claims for alleged harassment, discrimination and retaliation by male supervising officers. The *Hunt* case was initially assigned to former Senior Judge Frank C. Damrell, Jr.  A Notice of Related Case was filed on September 24, 2010 and a Related Case Order was entered on September 27, 2010, holding that these cases are related and that assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort.  Following the regular practice of this Court to assign related cases to the District Court judge and magistrate judge to whom the first filed action was assigned, this case was reassigned to Judge Damrell for all further proceedings. (Docket # 17.)  Upon Judge Damrell's retirement, the *Hunt* case was reassigned to Judge John A. Mendez, and this case (*Sahaj-Myers*) was reassigned to Judge Garland E. Burrell.

3. The parties entered into a stipulation for a protective order, which was adopted by court order on August 10, 2011. (Docket # 71.) The protective order addresses anticipated issues pertaining to peace officer personnel records, employment records, and other matters.  The parties also stipulated

2
**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**
{00938184.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

to appoint Attorney Carolyn Langenkamp as the discovery referee to serve as the first level of review for all discovery issues that cannot otherwise be worked out by the parties. The Court entered an order assigning Ms. Langenkamp as the discovery referee on August 10, 2011. (Docket # 72.) Ms. Langenkamp also serves as the discovery referee in the *Hunt* case and to date has ruled on a number of discovery disputes in that case. The parties anticipate similar issues will arise in this matter due to the sensitive nature of the issues to be litigated, including Plaintiffs' extensive medical history and privacy rights of parties and non-parties involved in law enforcement. The parties also anticipate they will likely seek discovery repetitive of the discovery already produced in the *Hunt* matter, including discovery of EDSO policies, practices, and procedures. To avoid unnecessary duplication, the parties have further agreed that deposition testimony taken in the *Hunt* case may be used in this case, subject to any objections, including but not limited to objections regarding relevance, admissibility and confidentiality.

      4.      The parties have been diligent in their efforts to litigate this case. All parties have made initial disclosures as required by Rule 26(a)(1). Defendant COUNTY served Plaintiffs with interrogatories and requests for production of documents on December 6, 2011. Defendants have also commenced depositions of Plaintiffs' medical providers.

      5.      On October 31, 2011, the parties in the *Hunt* matter stipulated to submit to the Voluntary Dispute Resolution Program for purposes of early neutral evaluation in efforts to reach agreement or stipulations regarding facts and procedures for resolving ongoing discovery disputes, as needed. In the interim, counsel in this action postponed taking Plaintiffs' depositions as they anticipated that agreements or stipulations reached through the VDRP process in the *Hunt* matter may be applied in this case. The parties believed this approach would result in a substantial savings of judicial effort, as well as significant cost savings to the parties. The parties in the *Hunt* matter participated in a VDRP session with VDRP Neutral Attorney James Nelson on December 21, 2011. Defendants now intend to move forward with Plaintiffs' depositions and counsel are working on finding mutually available dates for those depositions. The parties anticipate that Plaintiffs depositions will be completed in March 2012. Defendants anticipate that Plaintiffs will be served with requests for admissions and follow-up requests for production of documents upon the completion of Plaintiffs' depositions. Defendants also expect that

PDF created with pdfFactory trial version www.pdffactory.com

motions for summary judgment will be filed by each named Defendant. Plaintiff anticipates propounding a large amount of written discovery, including interrogatories, requests for admissions, and requests for production of documents. Following the written discovery, Plaintiff anticipates taking the depositions of the Defendants and numerous current and former COUNTY employees.

6. Furthermore, trial in the *Hunt* case is set to begin on March 4, 2013 and expected to last approximately 15 to 20 court days. Trial in this case is currently scheduled to begin on March 12, 2013. Counsel in the *Hunt* case represent the parties in this matter. Consequently, it will not be possible to start this trial on March 12, 2013.

7. Based on the broad scope of Plaintiffs allegations that span over several years and involve several named Defendants, combined with the complexity of discovery issues stemming from this and related litigation (*Hunt v. County of El Dorado*), counsel for the parties in good faith believe that additional time will be needed in order to complete discovery, including depositions of Plaintiffs and Defendants. The parties respectfully submit that good cause exists to amend the Status (Pre-Trial Scheduling) Order and therefore request modification of the Status (Pre-Trial Scheduling) Order as follows[1]:

| | | |
|---|---|---|
| a. | Last day for Plaintiff to disclose expert witnesses: | October 10, 2012 |
| b. | Last day for Defendants to disclose expert witnesses: | October 31, 2012 |
| c. | Last day to disclose supplemental/rebuttal experts: | November 21, 2012 |
| d. | All expert discovery to be completed by: | January 18, 2013 |
| e. | Discovery cut-off: | January 18, 2013 |
| f. | Last day to file dispositive motions: | February 20, 2013 |
| g. | Last day to hear dispositive motions: | March 20, 2013 at 9:30 a.m. |
| h. | Final Pre-trial Conference: | April 12, 2013 at 10:00 a.m. |
| i. | Trial: | June 10, 2013 at 9:00 a.m. |

---

[1] A stipulation to modify the Amended Status (Pre-Trial Scheduling) Order is also before the Court in *Hunt v. County of El Dorado, et al,* Case No. 2:10−CV−01367−JAM−CKD. The dates proposed here take into account the modifications requested in that case so as to allow for sufficient time to complete the VDRP process and pending motions pertaining to discovery issues.

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED and AGREED** between the parties that all other provisions of the Status (Pre-Trial Scheduling) Order of May 23, 2011 shall remain in effect.

**IT IS SO STIPULATED.**

Dated:   January 6, 2012         **WATTS LAW OFFICES**

                                  By  /s/*Douglas E. Watts* (authorized on 01/06/12)
                                      Douglas E. Watts
                                      Attorney for Plaintiffs
                                      NICOLE SAHAJ-MYERS, STACIE
                                      WALLS, and JONA SCHER

Dated:   January 6, 2012         **LAW OFFICES OF STEPHEN M. MURPHY**

                                  By  /s/*Stephen M. Murphy* (authorized on 01/06/12)
                                      Stephen M. Murphy
                                      Co-Attorney for Plaintiffs
                                      NICOLE SAHAJ-MYERS, STACIE
                                      WALLS, and JONA SCHER

Dated:   January 11, 2012        **FOSTER EMPLOYMENT LAW**

                                  By  /s/*C. Christine Maloney* (authorized on 01/11/12)
                                      C. Christine Maloney
                                      Attorney for Defendants
                                      MOKE AUWAE, HOWARD JENCKS, JEFFREY
                                      DREHER, BOB ASHWORTH, KEVIN HOUSE,
                                      and CRAIG THERKILDSEN

Dated:   January 19, 2012        **PORTER SCOTT**
                                  **A PROFESSIONAL CORPORATION**

                                  By  /s/*Beatriz Berumen*
                                      Nancy J. Sheehan
                                      Beatriz Berumen
                                      Attorneys for Defendants
                                      COUNTY OF EL DORADO and MARK
                                      GETCHEL

5

**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**
{00938184.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Having reviewed the above stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the Amended Status (Pre-Trial Scheduling) Order of February 1, 2012 be modified with the new schedule as set forth above.

**IT IS SO ORDERED.**

Dated: 2/8/2012                                              /s/ John A. Mendez
                                                                          JOHN A. MENDEZ
                                                                          United States District Court Judge

**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**

{00938184.DOC}

PDF created with pdfFactory trial version www.pdffactory.com