| | |
|---|---|
| Douglas E. Watts, SBN 182274<br>**WATTS LAW OFFICES**<br>2320 E. Bidwell St., Suite 110<br>Folsom, CA 95630<br>Telephone: (916) 337-5221<br>Facsimile: (916) 404-5031<br>E-mail: dougwattsesq@yahoo.com | Stephen M. Murphy, SBN 103768<br>**LAW OFFICES OF STEPHEN M. MURPHY**<br>353 Sacramento Street, Suite 1140<br>San Francisco, CA 94111<br>Phone: (415) 986-1338<br>Facsimile: (415) 986-1231<br>E-Mail: smurphy@sick-leave.com |

**Attorneys for Plaintiffs:** NICOLE SAHAJ-MYERS, STACIE WALLS and JONA SCHER

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
E-mails: nsheehan@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendants:** COUNTY OF EL DORADO and MARK GETCHEL

C. Christine Maloney, SBN 226575
**FOSTER EMPLOYMENT LAW**
3000 Lakeshore Avenue
Oakland, CA 94610
Tel: (510) 763-1900 ext. 108
Fax: (510) 763-5952
E-mail: cmaloney@fosteremploymentlaw.com

**Attorney for Defendants:** MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE and CRAIG THERKILDSEN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>Defendants.<br>_____/ | CASE NO. 2:10-CV-01974-JAM -CKD<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE, MARK GETCHEL AND CRAIG THERKILDSEN WITH PREJUDICE [F.R.C.P. 41(a)(1)]**<br><br>**Complaint Filed:** 07-24-10<br>**First Amended Complaint Filed:** 10-29-10<br>**Second Amended Complaint Filed:** 01-30-11<br>**Third Amended Complaint Filed:** 06-03-11<br>**Trial Date:** 06-10-13 |

1

**STIPULATION AND ORDER TO DISMISS DEFENDANTS MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE, MARK GETCHEL AND CRAIG THERKILDSEN WITH PREJUDICE [F.R.C.P. 41(a)(1)]**

{00994342.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(ii), the parties to this action do hereby stipulate that Defendants MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE, MARK GETCHEL and CRAIG THERKILDSEN are hereby dismissed from this action with prejudice.  The parties further stipulate that they will each bear their own attorney's fees and costs incurred in prosecuting and defending the claims against these individual Defendants only.

**IT IS SO STIPULATED.**

Dated:  March 23, 2012                WATTS LAW OFFICES


By:  /s/*Douglas E. Watts* (authorized on 03/23/12)
     Douglas E. Watts
     Attorney for Plaintiffs
     NICOLE SAHAJ-MYERS, STACIE WALLS and JONA SCHER


Dated:  March 21, 2012                LAW OFFICES OF STEPHEN M. MURPHY


By:  /s/*Stephen M. Murphy* (authorized on 03/21/12)
     Stephen M. Murphy
     Co-Counsel for Plaintiffs
     NICOLE SAHAJ-MYERS, STACIE WALLS and JONA SCHER


Dated:  March 27, 2012                FOSTER EMPLOYMENT LAW


By:  /s/*C. Christine Maloney* (authorized on 03/27/12)
     C. Christine Maloney
     Attorneys for Defendants
     MOKE AUWAE, HOWARD JENCKS,
     JEFFREY DREHER, BOB ASHWORTH,
     KEVIN HOUSE, MARK GETCHEL and
     CRAIG THERKILDSEN

**STIPULATION AND ORDER TO DISMISS DEFENDANTS MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE, MARK GETCHEL AND CRAIG THERKILDSEN WITH PREJUDICE [F.R.C.P. 41(a)(1)]**

{00994342.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  March 27, 2012        PORTER SCOTT
                              A PROFESSIONAL CORPORATION


                         By:  /s/*Nancy J. Sheehan*
                              Nancy J. Sheehan
                              Beatriz Berumen
                              Attorneys for Defendants
                              COUNTY OF EL DORADO and MARK GETCHEL


## **ORDER**

**IT IS SO ORDERED.**

Dated:   3/27/2012

                         /s/ John A. Mendez
                         JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER TO DISMISS DEFENDANTS MOKE AUWAE, HOWARD JENCKS, JEFFREY DREHER, BOB ASHWORTH, KEVIN HOUSE, MARK GETCHEL AND CRAIG THERKILDSEN WITH PREJUDICE [F.R.C.P. 41(a)(1)]**

{00994342.DOC}

PDF created with pdfFactory trial version www.pdffactory.com