**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mails: nsheehan@porterscott.com

**Attorneys for Defendant:** COUNTY OF EL DORADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>Defendants. | CASE NO. 2:10-CV-01974-JAM-CKD<br><br>**ORDER GRANTING DEFENDANT COUNTY OF EL DORADO'S REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION RE: CLAIMS OF PLAINTIFF JONA SCHER**<br><br>Complaint Filed: 07-24-10<br>First Amended Complaint Filed: 10-29-10<br>Second Amended Complaint Filed: 01-30-11<br>Third Amended Complaint Filed: 06-03-11<br>Trial Date: 06-10-13 |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Defendant COUNTY OF EL DORADO's Request to Seal Documents in their Motion for Summary Judgment/Adjudication RE: Claims of Plaintiff JONA SCHER. The documents shall remain sealed until otherwise ordered. If any party or other interested person wishes to have the documents, or any portion thereof unsealed, that party or other person shall file an application with the Court and serve all other parties to this action with a copy of such application. The unredacted documents provided to the Court by Defendant and all other components to the Motion are ordered to be filed under seal by the Clerk of the Court.

1

**IT IS SO ORDERED.**

DATED:  2/13/2013                                        /s/ John A. Mendez_____
                                                                          JOHN A. MENDEZ
                                                                          UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER RE: DEFENDANT'S REQUEST TO FILE DOCUMENTS UNDER SEAL**
{01103038.DOC}

PDF created with pdfFactory trial version www.pdffactory.com