**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mails: nsheehan@porterscott.com

**Attorneys for Defendant:** COUNTY OF EL DORADO

**FILED**
Feb 19, 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>　　　　Defendants. | CASE NO.  2:10-CV-01974-JAM -CKD<br><br>**ORDER GRANTING DEFENDANT COUNTY OF EL DORADO'S REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION RE: CLAIMS OF PLAINTIFF STACIE WALLS**<br><br>Complaint Filed:　　　　　　　　07-24-10<br>First Amended Complaint Filed:　　10-29-10<br>Second Amended Complaint Filed: 01-30-11<br>Third Amended Complaint Filed:　06-03-11<br>Trial Date:　　　　　　　　　　06-10-13 |

　　　GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Defendant COUNTY OF EL DORADO's Request to Seal Documents in their Motion for Summary Judgment/Adjudication RE: Claims of Plaintiff  STACIE WALLS. The documents shall remain sealed until otherwise ordered.  If any party or other interested person wishes to have the documents, or any portion thereof unsealed, that party or other person shall file an application with the Court and serve all other parties to this action with a copy of such application.  The unredacted documents provided to the Court by Defendant and all other components to the Motion are ordered to be filed under seal by the Clerk of the Court.

1    **IT IS SO ORDERED.**

2

3    DATED:   2/19/2013                                    /s/ John A. Mendez
                                                           JOHN A. MENDEZ
4                                                          UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER RE: DEFENDANT'S REQUEST TO FILE DOCUMENTS UNDER SEAL**
{01104314.DOC}

*Sahaj-Myers, et al. v. County of El Dorado, et al.*
**United States District Court, Eastern District of California, Case No. 2:10-CV-01974-JAM -CKD**

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On the date below, I served the following document(s):   **[PROPOSED] ORDER RE: DEFENDANT'S REQUEST TO FILE DOCUMENTS UNDER SEAL**

__X__ BY MAIL. By placing a true copy thereof enclosed in a sealed envelope addressed to each of the persons named below and by then placing said envelope for collection at a designated location at Porter Scott's offices during designated hours, for mailing on this date, following ordinary business practice.

__X__ BY ELECTRONIC MAIL. I caused the above-listed document(s) to be transmitted by e-mail to the address listed below

_____ BY PERSONAL SERVICE.  I caused the above-listed document(s) to be delivered by hand to the office of the person(s) listed below.

_____ BY OVERNIGHT DELIVERY. I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below.

_____ BY FACSIMILE. I caused the above-listed document(s) to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

| **Attorney for Plaintiffs Nicole Sahaj-Myers, Stacie Walls, Jona Scher** | **Co-Counsel for Plaintiffs Nicole Sahaj-Myers, Stacie Walls, Jona Scher** |
|---|---|
| Douglas E. Watts<br>**WATTS LAW OFFICES**<br>2320 E. Bidwell Street, Suite 110<br>Folsom, CA 95630<br>Tel:  (916) 337-5221<br>Fax: (916) 404-5031<br>dougwattsesq@yahoo.com | Stephen M. Murphy, Esq.<br>**LAW OFFICES OF STEPHEN M. MURPHY**<br>353 Sacramento Street, Suite 1140<br>San Francisco, CA 94111<br>Tel:  (415) 986-1338<br>Fax: (415) 986-1231<br>E-Mail: smurphy@sick-leave.com |

I declare under penalty of perjury that the foregoing is true and correct and was executed on February 15, 2013 at Sacramento, California.

   /s/ Cindy A. Grandinetti_____
Cindy A. Grandinetti