STEPHEN M. MURPHY (State Bar No.103768)
Law Offices of Stephen M. Murphy
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:  (415) 986-1338
Fax: (415) 986-1231

Attorneys for Plaintiffs,
NICOLE SAHAJ-MEYERS, et al.

# THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MEYERS, STACY WALLS, AND JONA SCHER<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF EL DORADO; MOKE ) AUWAE; HOWARD JENCKS; JEFFREY ) DREHER; BOB ASHWORTH; KEVIN ) HOUSE; MARK GETCHEL; CRAIG ) THERKILDSEN; and DOES 1-50, ) inclusive,<br><br>            Defendants. | Case No.: 2:10-CV-01974-JAM-CKD<br><br>**ORDER GRANTING PLAINTIFF NICOLE SAHAJ MYERS' REQUSEST TO SEAL DOCUMENTS**<br><br>Complaint Filed:  7/24/10<br><br>First Amended Complaint Filed: 10/29/20<br><br>Second Amended Complaint Filed: 01/30/11<br><br>Third Amended Complaint Filed: 06/03/11<br><br>Trial Date: 6/10/13 |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Plaintiff Nicole Sahaj-Myers' Request to Seal Documents in her Opposition to Defendant's Motion for Summary Judgment/Summary Adjudication. The documents shall remain sealed until otherwise ordered. If any party or other interested person wishes to have the documents, or any portion thereof unsealed, that party or other person shall file an application with the Court and serve all other parties to this action with a copy of such application. The unredacted documents and the exhibits provided to the Court by Plaintiff Nicole Sahaj-Myers to be filed under seal are ordered to be

filed under seal by the Clerk of the Court.

**IT IS SO ORDERED.**

DATED: 2/25/2013

                                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE