STEPHEN M. MURPHY (State Bar No.103768)
Law Offices of Stephen M. Murphy
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:  (415) 986-1338
Fax: (415) 986-1231

Attorneys for Plaintiffs,
STACIE WALLS, et al.

# THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MEYERS, STACIE WALLS, AND JONA SCHER<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:10-CV-01974-JAM-CKD<br><br>**ORDER GRANTING PLAINTIFF STACIE WALLS' REQUSEST TO SEAL DOCUMENTS**<br><br>Trial Date: 6/10/13 |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Plaintiff STACIE WALLS' Request to Seal Documents in her Opposition to Defendant's Motion for Summary Judgment/Summary Adjudication. The documents shall remain sealed until otherwise ordered. If any party or other interested person wishes to have the documents, or any portion thereof unsealed, that party or other person shall file an application with the Court and serve all other parties to this action with a copy of such application. The unredacted documents and the exhibits provided to the Court by Plaintiff STACIE WALLS to be filed under seal are ordered to be filed under seal by the Clerk of the Court.

**IT IS SO ORDERED.**

DATED:  3/7/2013                                    /s/ John A. Mendez
                                                               JOHN A. MENDEZ
                                                               UNITED STATES DISTRICT COURT JUDGE