**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
E-mails: nsheehan@porterscott.com

**Attorneys for Defendant:** COUNTY OF EL DORADO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>    Defendants. | CASE NO. 2:10-CV-01974-JAM -CKD<br><br>**ORDER GRANTING DEFENDANT COUNTY OF EL DORADO'S REQUEST TO SEAL DOCUMENTS IN CONJUNCTION WITH DEFENDANT'S REPLY TO WALLS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION**<br><br>Complaint Filed:                 07-24-10<br>First Amended Complaint Filed:   10-29-10<br>Second Amended Complaint Filed:  01-30-11<br>Third Amended Complaint Filed:   06-03-11<br>Trial Date:                      06-10-13 |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Defendant COUNTY OF EL DORADO's Request to Seal Documents in conjunction with its Reply to Plaintiff WALLS' Opposition to Motion for Summary Judgment/Summary Adjudication. The documents shall remain sealed until otherwise ordered. If any party or other interested person wishes to have the documents, or any portion thereof unsealed, that party or other person shall file an application with the Court and serve all other parties to this action with a copy of such application. The unredacted documents

///

///

1

**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF EL DORADO'S REQUEST TO SEAL DOCUMENTS IN CONJUNCTION WITH DEFENDANT'S REPLY TO WALLS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION**

{01113271.DOCX}

provided to the Court by Defendant and all other components to the Motion are ordered to be filed under seal by the Clerk of the Court.

**IT IS SO ORDERED.**

DATED: 3/13/2013                                     /s/ John A. Mendez
                                                                       JOHN A. MENDEZ
                                                                       UNITED STATES DISTRICT COURT JUDGE

2

**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF EL DORADO'S REQUEST TO SEAL DOCUMENTS IN CONJUNCTION WITH DEFENDANT'S REPLY TO WALLS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION**
{01113271.DOCX}