**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419 – nsheehan@porterscott.com
Jeremy P. Ehrlich, SBN 284656 – jehrlich@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendant** COUNTY OF EL DORADO

Stephen M. Murphy, SBN 103768- smurphy@sick-leave.com
**LAW OFFICES OF STEPHEN M. MURPHY**
Tania Rose, SBN 151514-taniaroselaw@gmail.com
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
(415) 986-1338
(415) 986-1231 (facsimile)

**Counsel for Plaintiffs** NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>Defendants. | Case No. 2:10-CV-01974-JAM -CKD<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE THE DEADLINES**<br><br>Trial Date: June 10, 2013<br>Time:          9:00 a.m.<br>Ctrm:          6<br><br>U.S. District Judge John A. Mendez<br><br>Complaint Filed:   07-24-10<br>FAC Filed:          10-29-10<br>SAC Filed:          01-30-11<br>TAC Filed:          06-03-11<br>Trial Date:         06-10-13 |

Plaintiffs NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER ("Plaintiffs") and Defendant COUNTY OF EL DORADO ("Defendant") by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, the Court issued a Final Pretrial Scheduling Order on April 15, 2013,

1  ordering the parties to, among other things, disclose their evidentiary objections by May 29, 2013
2  and file motions in limine by May 31, 2013;

3      WHEREAS, the parties attended a mandatory settlement conference on May 28, 2013;

4      WHEREAS, the magistrate judge who presided over the mandatory settlement conference
5  requested that counsel focus their time during the remainder of this week on determining whether
6  resolution is possible;

7      WHEREAS, the parties agree that continuing the current deadlines for evidentiary
8  objections and filing motions will not prejudice any party, will not interfere with any other
9  deadlines in this case, and will allow counsel to comply with the magistrate judge's request;

10     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and
11 RESPECTFULLY REQUEST that the deadline to file evidentiary objections is May 31, 2013,
12 and the deadline for filing motions in limine be extended to June 3, 2013.

13     Respectfully submitted.

14 Dated:   May 29, 2013                LAW OFFICES OF STEPHEN M. MURPHY

15                                     By_____/s/ Stephen M. Murphy_____
                                           Stephen M. Murphy
16                                         Tania Beth Rose
                                           Attorney for Plaintiffs
17                                         NICOLE SAHAJ-MYERS,
18                                         STACIE WALLS, and JONA SCHER

19
   Dated:   May 29, 2013                PORTER SCOTT, A PROFESSIONAL CORPORATION
20
                                        By _____/s/ Nancy J. Sheehan_____
21                                         Nancy J. Sheehan
22                                         Jeremy P. Ehrlich
                                           Attorneys for Defendant
23                                         COUNTY OF EL DORADO

24

25     **IT IS SO ORDERED.**

26 Dated: May 29, 2013                   /s/ John A. Mendez_____
                                         JOHN A. MENDEZ
27                                       UNITED STATES DISTRICT COURT JUDGE

28

{01138957.DOC}Case No.  2:10-CV-01974-JAM -CKD
AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES