**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419 – nsheehan@porterscott.com
Jeremy P. Ehrlich, SBN 284656 – jehrlich@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendant** COUNTY OF EL DORADO

Stephen M. Murphy, SBN 103768- smurphy@sick-leave.com
**LAW OFFICES OF STEPHEN M. MURPHY**
Tania Rose, SBN 151514-taniaroselaw@gmail.com
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
(415) 986-1338
(415) 986-1231 (facsimile)

**Counsel for Plaintiffs** NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>Defendants. | Case No. 2:10-CV-01974-JAM -CKD<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE THE DEADLINES**<br><br>Trial Date: June 10, 2013<br>Time: 9:00 a.m.<br>Ctrm: 6<br><br>U.S. District Judge John A. Mendez<br><br>Complaint Filed: 07-24-10<br>FAC Filed: 10-29-10<br>SAC Filed: 01-30-11<br>TAC Filed: 06-03-11<br>Trial Date: 06-10-13 |

Plaintiffs NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER ("Plaintiffs") and Defendant COUNTY OF EL DORADO ("Defendant") by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, the Court issued a Final Pretrial Scheduling Order on April 15, 2013,

ordering the parties to, among other things, disclose their evidentiary objections by May 29, 2013 and file motions in limine by May 31, 2013;

WHEREAS, the parties attended a mandatory settlement conference on May 28, 2013;

WHEREAS, the magistrate judge who presided over the mandatory settlement conference requested that counsel focus their time during the remainder of this week on determining whether resolution is possible;

WHEREAS, the parties agree that continuing the current deadlines for evidentiary objections and filing motions will not prejudice any party, will not interfere with any other deadlines in this case, and will allow counsel to comply with the magistrate judge's request;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and RESPECTFULLY REQUEST that the deadline to file evidentiary objections is May 31, 2013, and the deadline for filing motions in limine be extended to June 3, 2013.

Respectfully submitted.

Dated:  May 29, 2013			LAW OFFICES OF STEPHEN M. MURPHY

					By ____/s/ Stephen M. Murphy_____
					Stephen M. Murphy
					Tania Beth Rose
					Attorney for Plaintiffs
					NICOLE SAHAJ-MYERS,
					STACIE WALLS, and JONA SCHER

Dated:  May 29, 2013			PORTER SCOTT, A PROFESSIONAL CORPORATION

					By ____/s/ Nancy J. Sheehan_____
					Nancy J. Sheehan
					Jeremy P. Ehrlich
					Attorneys for Defendant
					COUNTY OF EL DORADO

**IT IS SO ORDERED.**

Dated: May 29, 2013			/s/ John A. Mendez_____
					JOHN A. MENDEZ
					UNITED STATES DISTRICT COURT JUDGE