**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419 – nsheehan@porterscott.com
Jeremy P. Ehrlich, SBN 284656 – jehrlich@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendant** COUNTY OF EL DORADO

Stephen M. Murphy, SBN 103768- smurphy@sick-leave.com
**LAW OFFICES OF STEPHEN M. MURPHY**
Tania Rose, SBN 151514-taniaroselaw@gmail.com
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
(415) 986-1338
(415) 986-1231 (facsimile)

**Counsel for Plaintiffs** NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>Defendants. | Case No. 2:10-CV-01974-JAM -CKD<br>**SECOND AMENDED STIPULATION AND ORDER TO CONTINUE TRIAL DEADLINES**<br><br>Trial Date: June 10, 2013<br>Time:        9:00 a.m.<br>Ctrm:        6<br>U.S. District Judge John A. Mendez<br><br>Complaint Filed:   07-24-10<br>FAC Filed:         10-29-10<br>SAC Filed:         01-30-11<br>TAC Filed:         06-03-11<br>Trial Date:        06-10-13 |

Plaintiffs NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER ("Plaintiffs") and Defendant COUNTY OF EL DORADO ("Defendant") by and through their counsel of record herein, hereby stipulate and agree as follows:

{01140046.DOCX}Case No.  2:10-CV-01974-JAM -CKD
Page 1
SECOND AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES

1  WHEREAS, the Court issued a Final Pretrial Scheduling Order on April 15, 2013
2  ordering the parties to, among other things, file motions in limine by May 31, 2013; file trial
3  briefs, joint jury instructions, and proposed voir dire by June 3, 2013 ; and lodge deposition
4  transcripts by June 3, 2012;

5  WHEREAS, the parties attended a mandatory settlement conference on May 28, 2013;

6  WHEREAS, the magistrate judge who presided over the mandatory settlement conference
7  requested that counsel focus their time before the commencement of trial on determining whether
8  resolution is possible;

9  WHEREAS, the Court issued a modification to the Final Pretrial Scheduling Order on
10 May 30, 2013 in order to assist the parties in complying with the magistrate judge's request
11 [docket no. 188];

12 WHEREAS, the parties and their counsel have been diligently working on determining
13 whether resolution is possible, and expect to have a final decision on that issue on June 4, 2013;

14 WHEREAS, the parties agree that continuing the current deadlines for filing motions in
15 limine, trial briefs, joint jury instructions, proposed voir dire, and for lodging depositions
16 transcripts will not prejudice any party, will not interfere with any other deadlines in this case,
17 and will allow counsel to comply with the magistrate judge's request;

18 NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and
19 RESPECTFULLY REQUEST that the deadline to file motions in limine, trial briefs, joint jury
20 instructions and verdict forms, and voir dire is June 5, 2013.  The deadline for lodging deposition
21 transcripts is June 5, 2013.  The deadline for filing oppositions to motions in limine is June 7,
22 2013 by 4:00 p.m.   No tentative rulings will be issued on motions in limine.

23 \ \ \ \ \
24 \ \ \ \ \
25 \ \ \ \ \
26 \ \ \ \ \
27 \ \ \ \ \

28 {01140046.DOCX}Case No.  2:10-CV-01974-JAM -CKD
Page 2
SECOND AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES

1 | Respectfully submitted,

Dated: June 3, 2013                    LAW OFFICES OF STEPHEN M. MURPHY

                                            By/s/Stephen M. Murphy [as approved 6/3/13]
                                            Stephen M. Murphy
                                            Tania Beth Rose
                                            Attorney for Plaintiffs
                                            NICOLE SAHAJ-MYERS,
                                            STACIE WALLS, and JONA SCHER

Dated: June 3, 2013                    PORTER SCOTT
                                       A PROFESSIONAL CORPORATION

                                        By   /s/Nancy J. Sheehan
                                           Nancy J. Sheehan
                                           Jeremy P. Ehrlich
                                           Attorneys for Defendant
                                           COUNTY OF EL DORADO

**IT IS SO ORDERED.**

Dated: June 3, 2013                    /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE