**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419 – nsheehan@porterscott.com
Jeremy P. Ehrlich, SBN 284656 – jehrlich@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

**Attorneys for Defendant** COUNTY OF EL DORADO

**LAW OFFICES OF STEPHEN M. MURPHY**
Stephen M. Murphy, SBN 103768- smurphy@sick-leave.com
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
(415) 986-1338
(415) 986-1231 (facsimile)

**Counsel for Plaintiffs** NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO; MOKE AUWAE; HOWARD JENCKS; JEFFREY DREHER; BOB ASHWORTH; KEVIN HOUSE; MARK GETCHEL; CRAIG THERKILDSEN; and Does 1 through 50, inclusive<br><br>Defendants. | CASE NO.  2:10-CV-01974-JAM -CKD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON**<br><br>Complaint Filed:                        07-24-10<br>First Amended Complaint Filed:    10-29-10<br>Second Amended Complaint Filed: 01-30-11<br>Third Amended Complaint Filed:    06-03-11<br>Trial Date:                                   06-10-13 |

　　　IT IS HEREBY STIPULATED, by and between Plaintiffs NICOLE SAHAJ-MYERS, STACIE WALLS, and JONA SCHER and Defendant COUNTY OF EL DORADO, by and through their counsel of record, that this entire  action be dismissed with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS HEREBY SO AGREED.**

| | |
|---|---|
| Dated:  June 21, 2013 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By  /s/Nancy J. Sheehan<br>     Nancy J. Sheehan<br>     Jeremy P. Ehrlich<br>     Attorneys for Defendant |
| Dated:  June 21, 2013 | LAW OFFICES OF STEPHEN M. MURPHY |
| | By  /s/ Stephen M. Murphy [as approved 6/21/13]<br>     Stephen M. Murphy<br>     Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated:   7/1/2013 | /s/ John A. Mendez<br>JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |